1 | JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
2 | MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
3 | FENWICK & WEST LLP
555 California Street, 12th Floor
4 | San Francisco, CA  94104
Telephone:    415.875.2300
5 | Facsimile:    415.281.1350

6 | Attorneys for Defendant and Counter-Plaintiff
PROBAR, LLC

7

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN FRANCISCO DIVISION

11

| | |
|---|---|
| CORE METHOD, LLC, a California limited liability company, doing business as CORE FOODS,<br><br>Plaintiff,<br><br>v.<br><br>PROBAR, LLC, a Utah limited liability company,<br><br>Defendant. | Case No. 3:13-cv-03343-RS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER (FED. R. CIV. P. 41)** |
| PROBAR, LLC, a Utah limited liability company,<br><br>Counter-Plaintiff,<br><br>v.<br><br>CORE METHOD, LLC, a California limited liability company,<br><br>Counter-Defendant. | |

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

CASE NO. 3:13-cv-03343-RS

The parties to this Action, Plaintiff and Counter-Defendant CORE Method, LLC and Defendant and Counter-Plaintiff PROBAR, LLC (collectively the "parties") have reached a settlement of all claims and counterclaims in this Action. Pursuant to Federal Rule of Civil Procedure 41, the parties hereby stipulate as follows:

1. All claims and counterclaims in this action are dismissed with prejudice, with each party to bear its own fees and costs.
2. The Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

Dated: February 20, 2014        FENWICK & WEST LLP

By /s/ Jedediah Wakefield
   Jedediah Wakefield
   Attorneys for Defendant and Counter-Plaintiff
   PROBAR, LLC

Dated: February 20, 2014        REED SMITH, LLP

By /s/ Robert N. Phillips
   Robert N. Phillips
   Attorneys for Plaintiff and Counter-Defendant
   CORE Method, LLC, a California limited liability
   company doing business as CORE Foods

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: 2/21/14

Honorable Richard Seeborg
United States District Judge